**Form 144**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jacquelin J. Dewitt**
Debtor(s)

Bankruptcy Case No.: 17−23979−CMB

Chapter: 7
Docket No.: 18

## NOTICE – REMINDER

Pursuant to *Fed.R.Bankr.P. 5009(b)*, notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c)*. The deadline is as follows:

***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: January 1, 2018

Michael R. Rhodes, Clerk
United States Bankruptcy Court

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
```

In re:                                                                        Case No. 17-23979-CMB
Jacquelin J. Dewitt                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1           Date Rcvd: Jan 01, 2018
                              Form ID: 144             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db             +Jacquelin J. Dewitt,    196 Vine Street,    New Florence, PA 15944-1146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 1, 2018 at the address(es) listed below:
              Forrest B. Fordham, III    on behalf of Debtor Jacquelin J. Dewitt FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 4