UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jacquelin J. Dewitt<br>               Debtor<br><br>PNC Bank, National Association,<br>its successors and/or assigns<br>               Movant<br>   v.<br>Jacquelin J. Dewitt<br>               Respondent<br>   and<br>Lisa M. Swope, Trustee<br>               Additional Respondent | BK. NO. 17-23979 CMB<br><br>CHAPTER 7<br>Related to Docket # __28__<br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 12th day of February 2018, at Pittsburgh, upon Motion of PNC Bank, National Association, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 196 Vine Street, New Florence, PA 15944 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Carlota M. Böhm*
United States Bankruptcy Judge    kmt

FILED
2/12/18 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Jacquelin J. Dewitt
196 Vine Street
New Florence, PA 15944

FORREST B. FORDHAM III
Highland Commons 2nd Floor
351 Budfield Street
Johnstown, PA 15904
FFordhamlaw@msn.com

Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                            Case No. 17-23979-CMB
Jacquelin J. Dewitt                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1            Date Rcvd: Feb 12, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
db             +Jacquelin J. Dewitt,    196 Vine Street,    New Florence, PA 15944-1146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              Forrest B. Fordham, III    on behalf of Debtor Jacquelin J. Dewitt FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4